NAT. BOND & INVEST. CO. v. DENNIS, etc.

Ohio Appeals, 6th Dist., Lucas Co.

No. 1821.    Decided Feb. 8, 1927

85. APPEALS—An action, based upon claimed false and fraudulent representations which representations relate to the character of a security sold and the reliability of the person who signed it; to require a recission of the agreement of sale, invokes the powers of a court of chancery and is appealable.

First Publication of this Opinion

RICHARDS, J.

This action was commenced in the Court of Common Pleas by Henry H. Dennis against the National Bond & Investment Co. The parties will hereinafter be referred to as plaintiff and defendant as they appeared in the trial court.

Defendant sold to plaintiff a note secured by a mortgage on an automobile. Plaintiff claimed in his petition that defendant made certain false and fraudulent representations, that the defendant knew that the representations were false and that they were made for the purpose of inducing plaintiff to rely upon them, and that plaintiff did rely upon them, and purchased said note and mortgage, accepting defendant's endorsement on the note without recourse.

After learning of the fraudulent representations the plaintiff tendered to defendant the note and mortgage and demanded the amount paid with interest, but defendant refused to repay said amount and refused to accept the note and mortgage. The case was tried to the Common Pleas court without a jury, and the court found for defendant dismissing

plaintiff's petition. Plaintiff filed an appeal to the Court of Appeals, and defendant filed a motion to dismiss the appeal. The Court of Appeals overruled this motion and found as follows:—

An action based upon claimed false and fraudulent representations which representations relate to the character of a securty sold and the reliability of the person who signed it, to require a recission of the agreement of sale, invokes the powers of a court of chancery and is appealable.

Motion to dismiss appeal overruled.

(Culbert & Williams, JJ., concur)

Attorneys—Ritter & Brumback, Gerald Branigan for Nat. Bond & Invest. Co. E. E. Davis for Dennis; all of Toledo.